STATE OF CONNECTICUT *v.* TERRELL WATKINS

The defendant's petition for certification for appeal from the Appellate Court, 72 Conn. App. 804 (AC 21674), is denied.

*Alison R. Lanoue*, special public defender, in support of the petition.

*Ronald G. Weller*, assistant state's attorney, in opposition.

Decided May 7, 2003

STATE OF CONNECTICUT *v.* RALSTON E. SAMUELS

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 75 Conn. App. 671 (AC 21681), is granted, limited to the following issues:

"1. Did the Appellate Court properly conclude that the trial court improperly admitted the testimony of four constancy of accusation witnesses?

"2. If the answer to the first question is 'yes,' did the Appellate Court properly conclude that the admission of that evidence deprived the defendant of his federal constitutional due process right to a fair trial?"

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16994.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in support of the petition.

*Jeanne M. Zulick*, special public defender, and *G. Douglas Nash*, public defender, in opposition.

Decided May 7, 2003